UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81545-DMM

HOWARD COHAN,

    Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC.
a Foreign Profit Corporation
d/b/a PALM BEACH GRILL (THE)

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, HILLSTONE RESTAURANT GROUP, INC., a Foreign Profit Corporation, d/b/a PALM BEACH GRILL (THE), (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 12, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Todd Aidman** |
| Gregory S. Sconzo, Esq. | Todd Aidman, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 173029 |
| Sconzo Law Office, P.A. | FORD**HARRISON**LLP |
| 3825 PGA Boulevard, Suite 207 | taidman@@fordharrison.com |
| Palm Beach Gardens, FL 33410 | 401 East Jackson Street, Suite 2500 |
| Telephone: (561) 729-0940 | Tampa, FL 33602 |
| Facsimile: (561) 491-9459 | Telephone: (813) 261-7840 |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Email: perri@sconzolawoffice.com | |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

1

2

I HEREBY CERTIFY that on June 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**